================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------

No. 148   SSM 37
Antonio Garcia,
          Appellant,
        v.
Government Employees Insurance
Company,
          Respondent.

          Submitted by Jonathan A. Dachs, for appellant.
          Submitted by Richard A. Fogel, for respondent.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs.  There is no ambiguity in the policy
as to coverage or divisibility.  The parties contracted for $2
million of coverage.  Plaintiff's remaining contention lacks
merit.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey,
Garcia, Wilson and Feinman concur.

Decided December 14, 2017